JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SERAPIO RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-00514-BAK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 31, 2022 to August 1, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  First, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022, and is dealing with post-operation pain and the secondary effects of medications; and as a result, is working short periods throughout the day with significant breaks throughout.  Counsel will also undergo 12 weeks of physical therapy, four days a week.

Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts.  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 56 cases in February and March of 2022.

For the week of May 23, 2022 through the end of May 2022, Counsel for Plaintiff has seven merit briefs, and several letter briefs and reply briefs.  For the month of June 2022, there are over 45 merit briefs currently scheduled.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 21, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: May 22, 2022          PHILLIP A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration


By:   *      *Margaret Lehrkind, Esq.*
      Margaret Lehrkind, Esq.
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on May 22, 2022)

2

**ORDER**

Based on the above stipulation (ECF No. 14), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than August 1, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 24, 2022**                              /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE

3